v.

**Glen Scott EVANS, Defendant/Appellant.**

### ED 101484

Missouri Court of Appeals, Eastern District, *DIVISION TWO.*

Filed: April 7, 2015

**STATE of Missouri, Respondent,**

v.

**James STAMPLEY, Appellant.**

### No. ED 101013

Missouri Court of Appeals, Eastern District, **DIVISION FOUR.**

Filed: April 7, 2015

Matthew W. Huckeby, 1010 Market St., Ste. 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Attorney General, Karen L. Kramer, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

## ORDER

PER CURIAM.

James Stampley appeals the judgment entered upon a jury verdict convicting him of one count of first-degree burglary and one count of felony stealing. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).